IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LONTEX CORPORATION d/b/a SWEAT IT OUT® | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 124-184 |
| AUGUSTA SPORTSWEAR, INC. d/b/a MOMENTEC BRANDS, | * * * | |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal. (Doc. 27.) Defendant has not filed an answer or motion for summary judgment. Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of August, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA